1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C.-Atlanta

FEB 01 2006

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

TRAYCE CURRIE, Individually and )
as Surviving Mother and Personal )
Representative of the Estate of )
NODIANA ANTOINE, deceased, )
)
Plaintiffs, )
)CIVIL ACTION FILE NO.
vs. )
)1:05-C V-1610-BBM
CHEVRON U.S.A. INC., CHEVRON )
STATIONS INC., )
)
Defendants. )

VIDEOTAPED DEPOSITION OF

ROBERT N. RENKES

January 6, 2006

10:12 a.m.

950 East Paces Ferry Road
Suite 3000
Atlanta, Georgia

Brandie L. Stephens, CCR-B-1592, RPR

BROWN
Reporting INC.

1740 Peachtree St, N.W.
Atlanta, GA 30309
404-876-8979