FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 1 2 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**ORIGINAL**

TRACYE CURRIE, ET AL.,          )
                                )
        PLAINTIFFS,             )
                                )
    VS.                         )
                                )          DOCKET NUMBER
CHEVRON U.S.A., INC., ET AL.,   )          1:05-CV-1610-BBM
                                )
        DEFENDANTS.             )          ATLANTA, GEORGIA
                                )          NOVEMBER 16, 2006
                                )
_____)

VOLUME THREE OF THREE
TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE BEVERLY B. MARTIN,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:         PATRICK MOORE & SHUBHRA MASHELKAR
                           WEINBERG, WHEELER, HUDGINS, ET AL.
                           ATLANTA, GEORGIA   30326

                           BRUCE TRYBUS
                           COONEY, MATTSON, LANCE, ET AL.
                           FORT LAUDERDALE, FLORIDA   33302

FOR THE DEFENDANT:         RAY PERSONS, HALLI COHN &
                           ROBERT FRIEDMAN
                           KING & SPALDING, LLP
                           ATLANTA, GEORGIA   30309

OFFICIAL COURT REPORTER:   MONTRELL VANN, CCR, RPR, RMR, CRR
                           2394 UNITED STATES COURTHOUSE
                           75 SPRING STREET, S.W.
                           ATLANTA, GEORGIA   30303
                           (404) 215-1549